FILED
MAR 26 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:25-mj-1078-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| ARYN E. OUTLAW, | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby charges:

## COUNT ONE: WILLFUL AND WANTON INJURY TO PERSONAL PROPERTY

On or about August 26, 2024, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ARYN E. OUTLAW, did wantonly and willfully, injure the personal property of another, causing damage in an amount in excess of two hundred dollars ($200.00), to wit, did pour liquid onto a computer, being the personal property of Tocama P. Wilson, causing damage in an amount in excess of two hundred dollars ($200), in violation of North Carolina General Statues, Section 14-160, as assimilated by the provisions of Title 18, United States Code, Section 13.

1

## COUNT TWO: GOVERNMENT PROPERTY OR CONTRACTS

On or about August 26, 2024, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ARYN E. OUTLAW, did willfully injure or commit any depredation against any property of the United States, to wit, did throw six glasses at the kitchen wall, causing damage to the drywall of 5718 Tarawa Boulevard, Tarawa Terrace Housing, North Carolina, which damage to such property did not exceed the sum of $1,000, in violation of Title 18, United States Code, Section 1361.

## COUNT THREE: GOVERNMENT PROPERTY OR CONTRACTS

On or about August 26, 2024, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ARYN E. OUTLAW, did willfully injure or commit any depredation against any property of the United States, to wit, did throw a 25lb dumbbell at the bedroom wall, causing two holes in drywall of 5718 Tarawa Boulevard, Tarawa Terrace Housing, North Carolina, which damage to such property did not exceed the sum of $1,000, in violation of Title 18, United States Code, Section 1361.

## COUNT FOUR: SIMPLE ASSAULT

On or about August 26, 2024, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ARYN E. OUTLAW, did assault an individual, to wit, did strike, Tocama P. Wilson on the forearms with the Defendant's open hand, in violation of Title 18, United States Code, Section 113(a)(5).

This 26th day of March 2025.

BY: DANIEL P. BUBAR
Acting United States Attorney

CHRISTOPHER D. JARAMILLO
Special Assistant United States Attorney
Eastern District of North Carolina
Marine Corps Installations – East
66 Holcomb Boulevard
New River, North Carolina 28547
Phone: 910-451-5067
Email: christophe.jaramillo@usmc.mil
New Mexico State Bar No. 145581

3